**Order entered March 27, 2020**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00939-CR

### OSCAR VLADIMIR HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-24510-J**

### ORDER

Before the Court is appellant's March 26th motion for a thirty-day extension of time to file his brief. Appellant states that on March 6, 2020, he requested a supplemental reporter's record of the July 29, 2019 voir dire and was told it would be filed in two weeks. To date, no supplemental reporter's record has been filed.

We **ORDER** court reporter Kimberly Xavier to file, within **TEN DAYS** of the date of this order, a supplemental reporter's record of the July 29, 2019 voir dire.

We **GRANT** appellant's motion in that we **ORDER** appellant's brief **DUE** thirty days from the date the supplemental reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; to Kimberly Xavier, official court reporter, Criminal District Court No. 3; to LaToya Young-Martinez, court reporter; and to counsel for all parties.

/s/ CORY L. CARLYLE
   JUSTICE